AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
### for the
### Western District of New York

United States of America

v.

**RANJODH SINGH**

*Defendant*

Case No. 21-CR-1  CR 26

FILED MAR 22 2021 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

2021 FEB 17 PM 19 RECEIVED U.S. MARSHALS SERVICE WESTERN NEW YORK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **RANJODH SINGH**, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violations of Title 21, United States Code, Sections 841(a)(1), 846 and 963; and Title 18, United States Code, Section 2

Date: FEB 17 2021

*Issuing officer's signature*

City and State: Buffalo, New York

MARY C. LOEWENGUTH
CLERK OF THE COURT
*Printed name and Title*

### Return

This warrant was received on *(date)* 2/17/21, and the person was arrested on *(date)* 3/8/21, at *(city and state)* Buffalo, NY.

Date: 3/8/21

Executed *Arresting officer's signature*

Jenelle C Yaeger, Invest. Research Spec
*Printed name and title*